Award Paragraph #2 is HEREBY MODIFIED and AMENDED to read as follows and to be consistent with the prior conclusion of law:
2. Subject to attorney's fees hereinafter awarded, defendants shall pay to plaintiff compensation at the rate of $137.50 per week for 75 weeks for the twenty-five percent (25%) permanent partial disability to plaintiff's back.
All other aspects of the May 22, 1999 Opinion and Award shall STAND AS WRITTEN.
This the ___ day of _________, 1999.
 S/_____________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/_____________ LAURA KRANIFELD MAVRETIC COMMISSIONER
S/_____________ BERNADINE S. BALLANCE COMMISSIONER
JHB:kwsf